UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDERIC GREEN,<br><br>　　　　　　　　　　　Plaintiff<br><br>　v.<br><br>JAMES DZURENDA,<br><br>　　　　　　　　　　　Defendant | Case No. 2:25-cv-02505-RFB-MDC<br><br>**ORDER** |

**I.    DISCUSSION**

On December 15, 2025, pro se plaintiff Frederic Green, an inmate in the custody of the Nevada Department of Corrections, attempted to initiate an action by submitting only a motion for preliminary injunction to the Court.  (ECF No. 1). However, Plaintiff did not file a complaint with the Court.

"A civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.  Under the local rules, a pro se plaintiff must file a civil rights complaint on the form provided by this Court or it must be legible and contain substantially all the information called for by the Court's form. *See* Nev. Loc. R. Prac. LSR 2-1.

**II.    CONCLUSION**

It is therefore ordered that Plaintiff has **until February 6, 2026**, to file his complaint using the correct form for federal court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee and file a complaint.

The Clerk of the Court is directed to send Plaintiff this Court's approved 42 U.S.C. § 1983 complaint form with instructions.

The Clerk of the Court is also directed to rename the document at ECF No. 1 as a "motion for preliminary injunction."

DATED: January 8, 2026

_____
UNITED STATES MAGISTRATE JUDGE