# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

FREDERIC GREEN,

          Plaintiff,

     v.

JAMES DZURENDA,

          Defendant.

Case No. 2:25-cv-02505-RFB-MDC

**VOLUNTARY DISMISSAL ORDER**

*Pro se* Plaintiff Frederic Green previously filed a motion for preliminary injunction, an application to proceed *in forma pauperis*, and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. See ECF Nos. 1, 3, 7. The Court has not yet screened the complaint.

Green now files a motion for voluntary dismissal. See ECF No. 10. Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Green's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

Therefore, **IT IS HEREBY ORDERED** that the motion for voluntary dismissal (ECF No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** in its entirety **without prejudice**.

**IT IS FURTHER ORDERED** that Green's motion and application (ECF Nos. 1, 3) are **DENIED as moot.**

    *///*

The Clerk of Court is **DIRECTED** to enter judgment accordingly and close this case.

**DATED:** May 13, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**